## RICHARD LEWIS *v.* COMMISSIONER OF CORRECTION

The petitioner Richard Lewis' petition for certification for appeal from the Appellate Court, 121 Conn. App. 693 (AC 29415), is granted, limited to the following issue:

901

"Did the Appellate Court properly decline to (a) review and (b) reverse the petitioner's federal due process and equal protection challenges to the dismissal of his habeas corpus petition, which was based on the court's refusal to allow the petitioner to appear only through counsel?"

The Supreme Court docket number is SC 18664.

*Temmy Ann Pieszak*, chief of habeas corpus services, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided September 8, 2010